## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KRISTEN GILMAN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 13-CV-779-JED-TLW |
| HEM, INC, d/b/a HEM-SAW, | ) | |
| a domestic limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Kristen Gilman, through her attorney of record, David A. Warta, and Defendant, HEM, Inc., d/b/a HEM-SAW, through its attorney of record, Michael J. Lissau, and stipulate to the dismissal of the above styled and numbered cause, and all claims raised therein, with prejudice, each party to bear their own attorneys' fees and costs.

**DATED THIS 24th DAY OF SEPTEMBER, 2014.**

Read and approved by:

/s/David A. Warta
David A. Warta, OBA #20361
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 S. Cincinnati Ave.
Tulsa, OK 74119
(918) 585-2667 P
(918) 585-2669 F
*Attorneys for Plaintiff*

/s/Michael J. Lissau
Michael J. Lissau, OBA# 22472
320 South Boston Avenue Ste 400
Tulsa OK 74103
918-594-0400
918-594-0505
*Attorneys for Defendant*
* Signed with permission of non-filing attorney